UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

COURTNEY MOTLEY,

Plaintiff

v.

JONATHAN GRIFFIN, et al.,

Defendants

Case No. 2:25-cv-01004-JAD-MDC

**ORDER**

On September 28, 2026, the Court directed Plaintiff to file his current address with the Court by October 30, 2026. (ECF No. 6). The Court's order came back as undeliverable to Plaintiff at High Desert State Prison, the last address that Plaintiff provided the Court. (ECF No. 8). However, the High Desert State Prison law library included a notation that Plaintiff is at SDCC, which the Court construes as a reference to Southern Desert Correctional Center. (*Id.*)

In light of this notation, the Court will extend the deadline for Plaintiff to file his current address with the Court and resend the Court's previous order to Southern Desert Correctional Center. As explained in the Court's advisory letter (ECF No. 2), it is Plaintiff's responsibility to immediately update his address with the Court any time that his address changes. Plaintiff must either confirm that he is currently housed at Southern Desert Correctional Center, or provide a different updated address, on or before **November 6, 2026**.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court is directed to send a courtesy copy of the Court's September 28, 2026, order (ECF No. 6), as well as a copy of this order, to Plaintiff at Southern Desert Correctional Center.

It is further ordered that Plaintiff shall file his updated address with the Court on or before **November 6, 2026**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

to refile the case with the Court, under a new case number when Plaintiff is able to provide his current address to the Court.

DATED THIS 15th day of October 2026.

UNITED STATES MAGISTRATE JUDGE